UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAMBERLAIN,<br><br>Plaintiff,<br><br>v.<br><br>BAKER HUGHES, A GE COMPANY, LLC; and DOES 1–100,<br><br>Defendants. | No. 1:19-cv-00831-DAD-JLT<br><br>ORDER GRANTING JOINT STIPULATION<br><br>(Doc. No. 10) |

Having considered the parties' joint stipulation regarding operative pleadings and submission to mandatory arbitration (Doc. No. 10), and good cause appearing, it is hereby ordered that:

1. The Clerk of the Court is directed to file the proposed first amended complaint (Doc. No. 10-2) on the docket captioned as the first amended complaint, which is deemed filed as of the date of this order;

2. If this action is not resolved by private mediation by December 31, 2019, plaintiff shall submit this matter to mandatory final and binding contractual arbitration by January 31, 2020 as to all causes of action other than the PAGA cause of action, pursuant to the terms of the arbitration agreement attached to the joint stipulation (Doc. No. 10-1);

3. Pending the completion of mandatory final and binding arbitration, this action, including the PAGA cause of action, is stayed pursuant to the Federal Arbitration Act, Section 3;

4. The court shall retain jurisdiction as to all of plaintiff's claims, except for the PAGA claim, only to hear any motion to vacate, confirm, modify, or correct any arbitration award in this action pursuant to Sections 9–11 of the Federal Arbitration Act, if any, except where expressly provided in the applicable arbitration rules; and

5. The court shall retain jurisdiction as to plaintiff's PAGA claim, lifting the stay at such time that the parties submit a motion to approve settlement and/or after the aforementioned arbitration of plaintiff's other claims has come to a final resolution.

IT IS SO ORDERED.

Dated: **July 31, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE