# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAMBERLAIN, ) | Case No.: 1:19-cv-00831 DAD JLT |
| ) | |
| Plaintiff, ) | ORDER AFTER NOTICE OF SETTLEMENT |
| ) | |
| v. ) | (Doc. 29) |
| ) | |
| BAKER HUGHES, A GE COMPANY, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

The parties report they had come to terms of settlement. (Doc. 29) They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than September 21, 2020**;

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: __August 6, 2020__         __/s/ Jennifer L. Thurston__
                                    UNITED STATES MAGISTRATE JUDGE