# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CHAMBERLAIN,<br><br>   Plaintiff,<br><br> v.<br><br>BAKER HUGHES, A GE COMPANY, LLC.<br><br>   Defendant. | Case No.: 1:19-cv-0831-DAD JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 31) |

On September 17, 2020, the parties filed a stipulation indicating all parties agreed that the above-captioned action is "dismissed in its entirety, with prejudice." (Doc. 31 at 1) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties who have appeared signed the stipulation, it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); Fed.R.Civ.P. 41(a)(1)(A)(ii). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

 Dated:  **September 17, 2020**     **/s/ Jennifer L. Thurston**
                   UNITED STATES MAGISTRATE JUDGE